UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTHEW BAILEY,

    Plaintiff,

v.                                                  Case No. 10-C-955

DEBORAH MCCULLOUGH, et al.

    Defendants.

**ORDER**

In his *pro se* complaint, Sand Ridge patient Matthew Bailey sued Deborah McCullough, the director at Sand Ridge. He asserted that she should be liable for injuries caused to him when another inmate stabbed him. Defendant McCullough has filed a motion for summary judgment, asserting that she has no *respondeat superior* liability and that she had no personal knowledge of the circumstances involving the inmate who injured Plaintiff. The motion for summary judgment was accompanied by the *pro se* notices required by Local Rules. Plaintiff has not responded to the motion, thus conceding the claim. Based on the undisputed record before me, I conclude that the Defendant is entitled to judgment as a matter of law that she is not liable for any injuries caused by another inmate to the Plaintiff. The motion for summary judgment is therefore **GRANTED** and the case is **DISMISSED**.

**SO ORDERED** this   13th   day of September, 2011.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach
                                                     United States District Judge